```
PAUL R. SCHEELE, SBN 236300
Curtis Legal Group
A Professional Law Corporation
1300 K Street
P.O. Box 3030
Modesto, CA  95353
Telephone:  (209) 521-1800
Facsimile:   (209) 572-3501
PScheele@CurtisLegalGroup.com
```

Attorney for Plaintiff STEPHANIE MYERS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE MYERS, | Case Number:   2:16-cv-02099-WBS-KJN |
| Plaintiff, | EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE |
| v. | Status Conference:   1/17/17 |
| UNITED STATES POSTAL SERVICE, and DOES 1 through 10, inclusive | Time:   1:30 p.m.<br>Courtroom:   5 |
| Defendants. | |
| _____/ | |

**APPLICATION**

Plaintiff STEPHANIE MYERS, hereby applies, by and through her attorneys of record, for a continuance of approximately 90 days of the Status Conference presently scheduled for January 17, 2017.

Plaintiff has been unable to effect service on defendant as of yet but expects to do so within the next 10 days.  A continuance of approximately 90 days will allow time for defendant to appear in the case and for all parties to be prepared for the Status Conference.

Dated:    January 12, 2017                       CURTIS LEGAL GROUP
                                                 A PROFESSIONAL LAW CORPORATION

EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE- 1

```
                              By:___/s/_____
                                     Paul R. Scheele
                                     Attorneys for Plaintiff
                                     STEPHANIE MYERS
```

**ORDER**

Upon review and consideration of the above application, and good cause appearing,

IT IS ORDERED that the Status Conference in this matter currently set for January 17, 2017 is vacated. Status conference shall be reset for April 24, 2017 at 1:30 P.M. A Joint Status Report shall be filed by April 10, 2017.

Dated:  January 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE- 2