PAUL R. SCHEELE, SBN 236300
Curtis Legal Group
A Professional Law Corporation
1300 K Street
P.O. Box 3030
Modesto, CA 95353
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
PScheele@CurtisLegalGroup.com

Attorney for Plaintiff STEPHANIE MYERS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE MYERS, | Case Number: 2:16-cv-02099-WBS-KJN |
| Plaintiff, | EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE |
| v. | Status Conference: 4/24/17 |
| UNITED STATES POSTAL SERVICE, and DOES 1 through 10, inclusive | Time: 1:30 p.m.<br>Courtroom: 5 |
| Defendants. | |

## APPLICATION

Plaintiff STEPHANIE MYERS, hereby applies, by and through her attorneys of record, for a continuance of approximately 90 days of the Status Conference presently scheduled for April 24, 2017.

Plaintiff has effected service on defendant, but the responsive pleading is not due until May 22, 2017. A continuance of approximately 90 days will allow time for defendant to appear in the case and for all parties to be prepared for the Status Conference.

Dated: April 13, 2017

CURTIS LEGAL GROUP
A PROFESSIONAL LAW CORPORATION

By:___/s/_____
    Paul R. Scheele
    Attorneys for Plaintiff
    STEPHANIE MYERS

EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE- 1

**ORDER**

Upon review and consideration of the above application, and good cause appearing,

IT IS ORDERED that the Status Conference in this matter currently set for April 24, 2017 is vacated. Scheduling Conference shall be reset for **July 17, 2017 at 1:30 p.m.**, in Department 5 of this Court. Joint status report shall be filed by **July 3, 2017**.

Dated: April 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE- 2